*J. P. Usher*, for the appellant.

———— • • • ————

START v. THE STATE on the relation of SELLERS.

*Friday, December 10.*

APPEAL from the *Tippecanoe* Circuit Court.

*Per Curiam.*—The facts in this case are very similar to those in the case of *Melton* v. *The State*, &c., 9 Ind. R. 452, and for the reasons therein given the judgment is reversed.

*S. A. Huff*, *Z. Baird*, and *J. M. La Rue*, for the appellant.

*S. W. Telford* and *T. Dame*, for the state.